After recording return this document to

**2:14-CV-344-JLQ**

Justin-Breithaupt:Family of Breithaupt
PO Box 483, 171 24th Street,
Pomeroy WA, 99347

## NOTICE OF PENDANCY OF ACTION

### a.k.a Notice of Liz Pendens

**NOTICE TO THE PRINCIPAL IS NOTICE TO THE AGENT**
**NOTICE TO THE AGENT IS NOTICE TO THE PRINCIPAL**

Pursuant to Title 28 USC § 1441Remove from state courts (notice of Liz Pendens), the unregistered states.

1. As plaintiff, Justin-Breithaupt:Family of Breithaupt, a man living upon the soil located in THE COUNTY OF GARFIELD, STATE OF WASHINGTON, is filing an action in THE DISTRICT COURT FOR WASHINGTON IN SPOKANE; reference court case # 14C08003.
2. This instrument is to be construed as NOTICE OF STAY of any adverse actions or claims initiated upon Justin-Breithaupt:Family of Breithaupt as filed under the enumerated case.
3. The defendants are Matt Newberg, John Henry, THE GARFIELD COUNTY SHERIFF'S DEPARTMENT, and any and all other attorneys, and or paralegals employed by or directed by this firm, who have had or may have any involvement with these fraudulent charges;
4. The object of the action is: VIOLATION OF PRIVATE RIGHTS.

Dated this 24th Day of October, 2014

Name: *[signature]* Justin-Breithaupt:Family of Breithaupt
Justin-Breithaupt:Family of Breithaupt

Address:   PO Box 483, 171 24th Street,
Pomeroy WA, 99347

*[Notary stamp: Notary Public, State of Washington, STEPHANIE K BLACHLY, My Appointment Expires May 21, 2018]*

### WITNESSES:

By two or more a matter is established!
By our signatures below we affirm that we witnessed the above undersigned/man sign and seal this document.

_____ Date 10/24/14
_____ Date 10/24/14

All rights reserved, and none waived. "Errors and omissions are consistent with intent."

# RECEIVED

OCT 24 2014

CLERK, U.S. DISTRICT COURT
SPOKANE, WA