Please Return to After Signing to:

Justin-Breithaupt: Family of Breithaupt
P.O. Box 483
Pomeroy, WA 99347

# EASTERN DISTRICT COURT of WASHINGTON

| | |
|---|---|
| Justin-Breithaupt: Family of Breithaupt Plaintiff, <br><br> V. <br><br> Matt Newberg, John Henry, Garfield Co Sheriff's office.  Defendant | Case No. 2:14-CV-344-JLQ <br><br> Writt of Error <br><br> FILED IN THE U.S. DISTRICT COURT EASTERN DISTRICT OF WASHINGTON <br> NOV 10 2014 <br> SEAN F. McAVOY, CLERK <br> _____ DEPUTY <br> SPOKANE, WASHINGTON |

I the Plaintiff Propria Persona ('in Pro Per!') am a Private man. "Document 6 (No document attached)" is in error. It refers to my "Claim of Injury" as a Complaint, and also refers to me as "Pro se". Also I will be modifying/Amending any errors I made in Item # 10242014/CD/JCB-8 to reflect this. I also wrote without prejudice on the same Item by mistake. The only Item that may/should be signed without prejudice is the Notice to the Judge. Thank you for your time. I will seal this with my royal stamp.

All Rights Reserved And None Waived  Justin Breithaupt
11-05-2014.

Royal Seal ⟶

\Errors and omissions are consistant with intent