After Recording, Please Return To:

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**NOV 10 2014**

SEAN F. McAVOY, CLERK
_____ DEPUTY
SPOKANE, WASHINGTON

Justin-Breithaupt:Family of Breithaupt
P.O. Box 483
Pomeroy, Washington
509-843-7256, 509-843-1828

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| Justin Chad Breithaupt (**Propria Persona 'in pro per.'**) Plaintiff, v. Matt Newberg, John Henry, & the GARFIELD COUNTY SHERIFF'S OFFICE, Defendant. | **Case No. 2:14-CV-344-JLQ** **Motion to Have free <u>service of process</u> through the United States Marshal's Service** |
|---|---|

**Plaintiff declares:**

that under penalty of perjury, the complaints in this and the following attached documents are true and correct, complete, and not misleading. Due to the reasons stated in the Proposed Protection Order Item #11042014/PFOPAHIAI/JCB-14, and all other reasons previously stated, I am requesting to have copies of everything I file (that the Defendants don't already have a copy of) to be served upon them by the US Marshal's Service, and for all fees to be taken on by the UNITED STATES DISTRICT COURT EASTERN DISTRICT OF WASHINGTON. I would also like to receive paper copies of all filed documents, sent to the address listed at the top of this Motion. Thank you so much, to all of you for your cooperation and service to we the people. I pledge to do my best to be selfless in all these matters, and to put the public good above all else, and not to take advantage of the Courts, their agents, or the US Marshal's Service. I am also requesting an emergency 24/7 phone number to the US Marshal's Service in case of emergency, such as a violation of the included Protection Order.

Executed without the Federal United States  11-06-14

Under necessity, I do not consent to this matter (14-C08003), other than the discharge of the liability herein.

Sincerely,

Signed _Justin Breithaupt_ Date 11-06-14
Justin-Chad: Breithaupt, Authorized Representative
FOR: JUSTIN CHAD BREITHAUPT,
Entity/Enslegis

signature and date ALL RIGHTS REVERVED & WAIVING NONE _Justin Breithaupt_ Date 11-06-14

'Errors and omissions are consistent with intent'