After Recording Please Return to:

Justin-Breithaupt: Family of Breithaupt
P.O. Box 483
Pomeroy, Washington 99347

TO: DISTRICT COURT EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| Justin-Breithaupt: Family of Breithaupt<br>Plaintiff,<br>V.<br>Matt Newberg, John Henry, AND THE GARFIELD CO SHERIFF'S OFFICE<br>Defendant. | Case Number: 2:14-CV-344-JLQ<br><br>Royal Decree |

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

NOV 10 2014

SEAN F. McAVOY, CLERK
_____ DEPUTY
SPOKANE, WASHINGTON

I the Plaintiff do decree, by the Power vested in me by my Creator as a sovereign people: Because the Defendants have treated the Plaintiff as an enemy belligerent, a person, and as a subject of the defendant, and because the defendant did hold the plaintiff under statutes that are not founded on a ratified State Constitution, and did deprive the plaintiff of his inalienable rights, a court of record, common law, and proper jurisdiction. The Defendants shall be held under dual law including the laws under the non-ratified State Constitution. The Defendants did carry out these illegal and unjust actions knowingly and willingly as reflected by the court records, after being notified of their wrong doing.

This shall be the wishes of the sovereign Plaintiff.

All Rights Reserved AND Waiving None  Justin Breithaupt

Date 11-05-2014  Royal Seal

'Errors and omissions are consistent with'

Document 7