UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JUSTIN BREITHAUPT,<br><br>    Plaintiff,<br><br>vs.<br><br>MATT NEWBERG, JOHN HENRY, AND THE GARFIELD COUNTY SHERIFF'S OFFICE<br>    Defendants. | NO. 2:14-cv-344-JLQ<br><br>ORDER RESTRICTING FILING |

    By Order filed November 5, 2014, this court stayed Mr. Breithaupt's federal claims and closed his file pending the state criminal prosecution against him. This Order is in keeping with the *Younger* doctrine, which instructs federal courts to not interfere with ongoing state criminal proceedings, except in extreme circumstances. *See Younger v. Harris*, 401 U.S. 37 (1971). Since that Order, Mr. Breithaupt has filed eight more documents with the court, four of which are new motions. Additionally, he re-filed his original Complaint with a few minor corrections. These filings are contrary to the November 5, 2014 Order.

    **IT IS HEREBY ORDERED:** Mr. Breithaupt is prohibited from filing any further documents in this case until the state criminal prosecution, including appeals, if any, against him has completed.

    **IT IS SO ORDERED.** The Clerk is hereby directed to enter this Order and mail a copy to Plaintiff and Garfield County Prosecuting Attorney Matt Newberg.

    **DATED** this 13th day of November, 2014.

                                    s/ Justin L. Quackenbush
                                  JUSTIN L. QUACKENBUSH
                  SENIOR UNITED STATES DISTRICT JUDGE