FILED
SOUNTY DISTRICT COURT

NOV _ _ 2014

CLERK/DEPUTY

Justin—Breithaupt:Family of Breithaupt
P.O. Box 483
Pomeroy, Washington

DISTRICT COURT OF GARFIELD COUNTY WASHINGTON
789 West Main Street
Pomeroy WA, 9347
(509) 843-1002

**Attn: District Court of Garfield County Washington**

| Justin—Breithaupt:Family of Breithaupt<br>Plaintiff,<br>v.<br><br>Matt Newberg, John Henry, & THE GARFIELD COUNTY SHERIFF'S OFFICE.<br>Defendant. | Case Number: **2:14-CV-344-JLQ**<br><br>Designation of records to  **UNITED STATES DISTRICT COURT EASTERN DISTRICT OF WASHINGTON** |

    In Case Number #14-C08003 all filings (except duplicate filings, and in that case use the original filed copy) should be sent over to the **UNITED STATES DISTRICT COURT EASTERN DISTRICT OF WASHINGTON**, in regards to the Notice of Appeal, Motion, & Declaration, and any and all court records that the **UNITED STATES DISTRICT COURT EASTERN DISTRICT OF WASHINGTON** will pay for, or that have been covered under the $40.00 charge. Please include the original copies of the oaths of office filed in the District Court, if they have been tampered with, (If they have a county auditor's filing stamp) please notify me mediately at 509-843-7256 or 1828, or if you have any knowledge of any other documents being tampered with. I would also like to mention to any clerks, that no adverse action has been filed by me, or to the best of my knowledge against any of you, for your participation in any illegal actions of any acting Garfield County Officers. I do intend to hold you all harmless in these activities. THE STATE OF WASHINGTON, may choose to act without my consent against you however, at the Federal Court level, or even (not expected) at the local / county level, even though the State does not have the right to act without the consent of the Governed. I am trying to work with the Government, and not against it, if that is possible any more, and that remains to be seen. Please also include an original copy of the clean text messages that were given to the Jury to look over, as well as all statements that were collected by the Garfield County Sheriff's Office, photographs, and anything else related to Case Number #14-C08003. **Thank you so much for your time, effort, and service in this matter.** Please include all attachments.

Please address and mail as follows, along with a copy of this Designation of records to:
**UNITED STATES DISTRICT COURT EASTERN DISTRICT OF WASHINGTON OFFICE OF THE CLERK**
**Thomas S. Foley United States Courthouse, Room 840**
**Spokane, Washington 99201**
**Mailing: P.O. Box 1493**
**Spokane, WA 99210**
———————
**OFFICIAL BUSINESS**

    Under necessity, I do not consent to the matter **#14-C08003** other than the discharge of the liability herein.
    Sincerely,

All Rights Reserved And Waiving None  *Justin Breithaupt*
Justin-Chad:Family of Breithaupt, Authorized Representative
FOR: JUSTIN CHAD BREITHAUPT
Entity/Enslegis

'Errors and omissions are consistent with intent'

RECEIVED

NOV 18 2014

CLERK U.S. DISTRICT COURT
SPOKANE, WASHINGTON